JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RICKEY LOUIS ALFORD, | ) |
| Petitioner, | ) Case No. CV 09-4458-MMM(AJW) |
| v. | ) |
| HAWS, Warden, | ) JUDGMENT |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed without prejudice.

Date: August 21, 2009

_Margaret M. Morrow_
Margaret M. Morrow
United States District Judge

5